JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christopher Mazurk, et al., ) | CASE NO.SACV 08-815-JVS(MLGx) |
| ) Plaintiff, ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. ) | |
| Datanet Solutions, Inc., ) | |
| Defendant(s). ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: October 7, 2008

_____
James V. Selna
United States District Judge